**MAYER BROWN LLP**
Michael Martinez (#MM9518)
Michael.martinez@mayerbrown.com
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 506-2514

Attorneys for Defendant SPOKEO, INC.

**JEFFREY A. BRONSTER, PC**
Jeffrey A. Bronster (#JB2620)
jbronster@bronsterlaw.com
17 Wendell Place
Fairview, New Jersey 07022
Telephone: (201) 945-2566
Fax: (201) 945-2688

Attorney for Plaintiff ALLISON TAYLOR

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALLISON TAYLOR, individually and on behalf of a class of persons similarly situated persons,<br><br>Plaintiff,<br><br>vs.<br><br>SPOKEO, INC.,<br><br>Defendant. | Civil Action No. 15-CV-03490-CCC-JBC<br><br>**ORDER GRANTING JOINT STIPULATION REGARDING (1) TIME FOR DEFENDANT TO FILE MOTION TO COMPEL ARBITRATION, (2) TIME FOR DEFENDANT TO RESPOND TO AMENDED COMPLAINT, AND (3) CONTINUATION OF INITIAL CONFERENCE** |

The Court, having considered the parties' Joint Stipulation Regarding (1) Time For Defendant To File Motion To Compel Arbitration, (2) Time For Defendant To Respond To Amended Complaint, And (3) Continuation Of Initial Conference, orders as follows:

(1) Spokeo shall have to and including July 20, 2015 to file any motion to compel arbitration;

(2) Spokeo shall have thirty (30) days from the day that the Court rules on any motion to compel arbitration to file its anticipated motion to dismiss or otherwise respond to the Amended Complaint, if necessary; and

(3) The Initial Conference, scheduled for July 13, 2015, shall be continued until after the Court rules on Spokeo's anticipated motion to compel arbitration.

**IT IS SO ORDERED.**

DATED: 6/19/2015

_____
Hon. Claire C. Cecchi